(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Century Drywall, Inc.
Plaintiff(s)

v.

Dkt. No. 1:08-cv-221-S-DLM

Rhode Island Laborers'
District Council Local 271
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Century Drywall, Inc. hereby moves that James F. Grosso be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Girard R. Visconti
Print Name

RI Bar ID # 0566

Visconti & Boren, LTD
Firm and Business Address

Email: grv@viscontilaw.com

Tel. # 401/331-3800

55 Dorrance Street

Fax # 401/421-9302

Providence, RI 02903-2219

---

**ORDER**

This motion is hereby ✓ GRANTED _____ DENIED

WSmm
District Judge

6/11/08
Date