AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

CENTURY DRYWALL, INC.
Plaintiff
v.
RI LABORERS' DISTRICT COUNCIL LOCAL 271
Defendant

Civil Action No.

**Summons in a Civil Action** CA 08 221S

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Girard R. Visconti, Esq., Visconti & Boren Ltd., 55 Dorrance Street, Providence, Rhode Island 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6-3-08

Name of clerk of court

[signature]
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _______________________, by:

(1) personally delivering a copy of each to the individual at this place, ________________________________________ ________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ________________________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* ________________________________________ ________________________________________ ________________________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

Date: ____________________

________________________________________
Server's signature

________________________________________
Printed name and title

________________________________________
Server's address

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

NEW ENGLAND REGIONAL OFFICE
226 South Main Street • Providence, RI 02903
Phone: (401) 751-8010 • Fax: (401) 861-3340

TERENCE M. O'SULLIVAN
*General President*

ARMAND E. SABITONI
*General Secretary-Treasurer*

*Vice Presidents:*

VERE O. HAYNES

MIKE QUEVEDO, JR.

TERRENCE M. HEALY

RAYMOND M. POCINO

EDWARD M. SMITH
*Assistant to the General President*

JOSEPH S. MANCINELLI

ROCCO DAVIS
*Special Assistant to the General President*

VINCENT R. MASINO

DENNIS L. MARTIRE

MANO FREY

ROBERT E. RICHARDSON

JOSÉ A. MORENO

RALPH E. COLE

JOHN F. HEGARTY

MICHAEL S. BEARSE
*General Counsel*

HEADQUARTERS:
905 16th Street, NW
Washington, DC
20006-1765
(202) 737-8320
Fax: (202) 737-2754

June 18, 2008

Girard R. Visconti, Esquire
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

Re: Rhode Island Laborers' District Council on behalf of its affiliated
Local Union 271 and Century Drywall, Inc., Case No. 08-221S

Dear Mr. Visconti:

Enclosed please find the Summons with regard to the above mentioned matter. I have accepted service on behalf of the Rhode Island Laborers' District Council and its affiliated Local Union 271. If you have any questions, please do not hesitate to contact me.

Very truly yours,

DARREN F. CORRENTE
Regional Attorney

DFC/am
cc: Ronald R. Coia, Business Manager – RILDC
Michael Sabitoni, Business Manager – LU 271
Enc.

JUN 19 2008

**Feel The Power!**