**UNITES STATES DISTRICT COURT**
**FOR DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CENTURY DRYWALL, INC.**<br>**PLAINTIFF**<br>**V.**<br>**RHODE ISLAND LABORERS' DISTRICT COUNCIL, ON BEHALF OF ITS LOCAL UNION 271**<br>**DEFENDANT** | **CA 08-221** |

## ANSWER

Plaintiff, the Rhode Island Laborers' District Council and its Local Union 271 (the Union) hereby answer Plaintiff's Complaint as follows.

## PARTIES

1. The Union is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 1 and therefore they are Denied.
2. The paragraph incorrectly states the names of the Union entities it seeks to sue and therefore the averment contained therein are Denied. The Rhode Island Laborers' District Council is a distinct legal entity as is Laborers' International Union of North America Local Union 271. The Union Admits that both entities have a principal place of business at 410 South Main Street, Providence, Rhode Island, 02903.

## JURISDICTION

3. This is a prefatory paragraph to which no response is required. To the extent that a response is required, Admitted that this Court has subject matter jurisdiction over this matter.

## FACTS

4. The Union Admits the allegations of Paragraph 4 of the Complaint.
5. The Union Admits the allegations of Paragraph 5 of the Complaint.
6. The Union Admits the allegations of Paragraph 6 of the Complaint.
7. The Union Admits it has no collective bargaining agreement with AAC. The Union however is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 7 regarding Carpenters Local Union 94.
8. The Union is without knowledge or information sufficient to form a belief as to the truth of the averment in Paragraph 8 and therefore Denies the allegations of Paragraph 8.
9. The Union Admits the allegations of Paragraph 9 of the Complaint.
10. The Union Admits the allegations of Paragraph 10 of the Complaint.
11. The Union Admits the allegations of Paragraph 11 of the Complaint.
12. The Union Admits the allegations of Paragraph 12 of the Complaint.
13. The Union Admits the allegations of Paragraph 13 of the Complaint.
14. This Paragraph states a legal conclusion which is part of what this Court is being asked to rule. To the extent that any further response is required, the Union Denies the allegations of Paragraph 14 of the Complaint.
15. The Union is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 15 and therefore are Denied.

## VACATED AWARD

16. (sic) The Union is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 16 and therefore are Denied.

17. (sic) The Union is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 17 and therefore are Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon when relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Laches.

## THIRD AFFIRMATIVE DEFENSE

Estoppel.

## FOURTH AFFIRMATIVE DEFENSE

Arbitration and Award.

WHEREFORE, Defendant Union demands Plaintiff's Complaint be dismissed and that Defendant Union be awarded costs and reasonable attorney's fees related thereto.

Rhode Island Laborers' District Council
for its Local Union 271
By its Attorney:

DARREN F. CORRENTE, ESQUIRE
Regional Attorney
Laborers' International Union of North America
226 South Main Street
Providence, RI 02903
401-331-7720

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of August, 2008, a copy of the foregoing was mailed first class and postage prepaid to Girard R. Visconti, Visconti & Boren, LTD. 55 Dorrance Street, Providence, Rhode Island 02903-2219.

DARREN F. CORRENTE, ESQUIRE